**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Ryan v. City of Chicago, et al., | Case Number:<br>**FILED: JULY 31, 2008**<br>**08CV4357**<br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE COLE**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joseph Ryan

---

| |
|---|
| NAME (Type or print)<br>Louis J. Meyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Louis J. Meyer |
| FIRM<br>Law Offices of Lawrence V. Jackowiak |
| STREET ADDRESS 20 North Clark Street, Suite 1700 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290221 | TELEPHONE NUMBER<br>312-795-9595 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |